**DEBRA D. LUCAS**
District Court Executive / Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 W. Washington Street, SPC 1
Phoenix, Arizona 85003-2118

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

**MICHAEL S. O'BRIEN**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**SHANNON SHOULDERS**
Chief Deputy Clerk
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 W. Washington Street, SPC 1
Phoenix, Arizona 85003-2118



August 10, 2021

Clerk's Office
Navajo County Superior Court
100 E Code Talkers Dr
South Hwy 77
PO Box 668
Holbrook, AZ 86025

**ATTN:** Civil File Counter

**RE:** **REMAND TO NAVAJO COUNTY SUPERIOR COURT**

District Court Case Number: <u>**CV-20-08232-PCT-JJT**</u>

Superior Court Case Number: <u>**S0900CV202000296**</u>

Dear Clerk of Court:

Enclosed is a certified copy of the Motion to Remand and Order entered in this Court on <u>August 10, 2021,</u> remanding the above case to Mohave County Superior Court for the State of Arizona.

Sincerely,

Debra D. Lucas, DCE/Clerk of Court

s/ D. Draper
Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____    Dated: _____